Judge Leighton

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-5351RBL |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| GUSTAVO GALLO-MARTINEZ, a/k/a Jose Gomez, Jose Gomez-Gallo, ELENA CASTANEDA-PULIDO, a/k/a "Nena" CARLOS McPHIE, a/k/a "Los" MIGUEL MIER-NAVA, a/k/a "Chiquillin," MANUEL BRAVO-GERALDO, a/k/a "Pelon," Manuel Garcia-Bustamante, JUAN CARLOS BRAVO-GERALDO, a/k/a Omar Diaz, LAURO AGUILLAR-CANCHE, a/k/a "Flaco," CARLOS AGUILLAR-CANCHE, a/k/a Jose Blanco-Canche, "Flaco's Brother, EDUARDO GOMEZ-RAMIREZ, THOMAS MENDOZA-AGUILAR, a/k/a "Rica," ROSARA VILLAVICENCIO-CHAVEZ, a/k/a "Rica's Wife," Defendants. | |

THIS MATTER came before the Court upon the motion of defendant Elena Castaneda, through her attorney, Steven J. Krupa, defendant Carlos McPhie, through his attorney, Paula T. Olson, defendant Juan Carlos Bravo, through his attorney, William T. Hines, defendant Miguel Mier Nava, through his attorney, Judy Mandel, defendant

Order Continuing Trial Date/*U.S. v. Gallo, et al.* -1
CR06-5351RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

Thomas Mendoza, through his attorney, Robert M. Leen, and defendant Rosalva Villavicencio, through her attorney, Raul Mendez, and the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Douglas B. Whalley, Matthew H. Thomas, and Vincent T. Lombardi II, Assistant United States Attorneys for said District, requesting a continuance of the trial date. Having considered all the files and records herein,

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(I) that failure to grant such a continuance in the proceeding would likely make a continuation of such proceeding impossible, or result in a miscarriage of justice.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant the continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence and consider possible defenses and motions, taking into account the exercise of due diligence;

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7), that this is a reasonable period of delay in that the defendants are joined for trial and no previous motion for continuance has been granted, and some of the defendants have indicated that they need more time to prepare for trial.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the original trial date of July 24, 2006 and the new trial date of November 27, 2006 is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the **TRIAL DATE** will be continued until **November 27, 2006 at 9:00 a.m.**, with a **PRETRIAL MOTION**

Order Continuing Trial Date/*U.S. v. Gallo, et al.* -2
CR06-5351RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  HEARING, if needed, on **November 7, 2006 at 9:00 a.m.**, and that the date within
2  which the **PRETRIAL MOTIONS** are due is continued to **October 2, 2006.** The time
3  between this date and the new trial date is excluded in computing the time within which a
4  trial must be held pursuant to Title 18, United States Code, Section 3161, et. seq.  **The**
5  **Status/Pretrial Conference scheduled for July 19, 2006 is hereby STRICKEN.**

7  IT IS SO ORDERED this 13th day of July, 2006.

8  RONALD B. LEIGHTON
9  UNITED STATES DISTRICT JUDGE
   Digitally Signed upon oral authorization (JAB)

11 Presented by:                                    Presented by:

12 s/Steven J. Krupa                                JOHN McKAY
   STEVEN J. KRUPA                                  United States Attorney
13 Attorney for Elena Castaneda

14 s/Paula T. Olson                                 /s Douglas B. Whalley
   PAULA T. OLSON                                   DOUGLAS B. WHALLEY
15 Attorney for Carlos McPhie                       Assistant United States Attorney

16 s/William T. Hines                               /s Matthew H. Thomas
   WILLIAM T. HINES                                 MATTHEW H. THOMAS
17 Attorney for Juan Carlos Bravo                   Assistant United States Attorney

18 s/Judy Mandel                                    /s Vincent T. Lombardi II
   JUDY MANDEL                                      VINCENT T. LOMBARDI II
19 Attorney for Miguel Mier Nava                    Assistant United States Attorney

20 s/Robert M. Leen
   ROBERT M. LEEN
21 Attorney for Thomas Mendoza

22 s/Raul Mendez
   RAUL MENDEZ
23 Attorney for Rosalva Villavicencio

Order Continuing Trial Date/*U.S. v. Gallo, et al.* -3
CR06-5351RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I electronically filed the foregoing Agreed Motion to Continue Trial Date and Pretrial Motion Date with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

s/Matthew H. Thomas
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

Order Continuing Trial Date/*U.S. v. Gallo, et al.* -4
CR06-5351RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800